1  MARK EMMETT, SBN 182053
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6  DANIEL CRAVENS, SBN 207859
   LITTLER MENDELSON
7  5200 North Palm Avenue, Suite 302
   Fresno, CA 93704
8  Telephone: (559) 244-7500
   Fax: (559) 244-7525
9
   Attorney for Defendant Safeway, Inc.
10
   PETER RYAN, SBN 134291
11 MBV LAW, LLP
   855 Front Street
12 San Francisco, CA 94111
   Telephone: (415) 781-4400
13 Fax: (415) 989-5143

14 Attorney for Defendant Fairfield Opportunity Group #1, LP

15

16                  UNITED STATES DISTRICT COURT

17                  EASTERN DISTRICT OF CALIFORNIA

18 RONALD WILSON,                    Case No. CIV. S-06-01075-LKK-EFB

19      Plaintiff,

20 v.                                **STIPULATION OF DISMISSAL AND ORDER THEREON**

21 SAFEWAY, INC.; FAIRFIELD
   OPPORTUNITY GROUP #1, LP,
22
        Defendants.
23                                      /

24

25

26

27

28

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, RONALD WILSON, and defendants, SAFEWAY, INC.; FAIRFIELD OPPORTUNITY GROUP #1, LP, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: November 13, 2006          DISABLED ADVOCACY GROUP, APLC

 /s/ Mark Emmett
MARK EMMETT
Attorney for Plaintiff

Dated: September 19, 2006          LITTLER MENDELSON

 /s/ Daniel Cravens
DANIEL CRAVENS
Attorney for Defendant Safeway, Inc.

Dated: November 13, 2006          MBV LAW, LLP

 /s/ Peter Ryan
PETER RYAN
Attorney for Defendant Fairfield Opportunity Group #1, LP

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-01075-LKK-EFB, is hereby dismissed with prejudice.

Dated: November 15, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT